Opinion issued February 1, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00876-CV

____________


FRANK M. YATSU, M.D., Appellant


V.


TAMERA ROSENBERG, Appellee






On Appeal from the 129th District Court

Harris County, Texas

Trial Court Cause No. 2005-02735






MEMORANDUM OPINION

 Appellant, Frank M. Yatsu, M.D., has filed an unopposed motion to dismiss his
appeal. No opinion has issued. Accordingly, the motion is granted, and the appeal
is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.